1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDDIE ALLEN HODGES,

11            Plaintiff,                       No. 2:08-cv-2136-JFM (PC)

12        vs.

13   JOHN HARRISON, et al.,

14            Defendants.                      ORDER TO SHOW CAUSE

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  Plaintiff, the only party who has appeared in the action, has consented to

18   proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  By an order

19   filed January 15, 2009, this court ordered plaintiff to complete and return to the court, within

20   thirty days, the USM-285 forms necessary to effect service on defendant John Harrison.  That

21   thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

22            Good cause appearing, IT IS HEREBY ORDERED that within twenty days from

23   the date of this order plaintiff shall show cause in writing, if any he has, why this action should

24   /////

25   /////

26   /////

1

1  not be dismissed without prejudice for failure to comply with the court's January 15, 2009 order.

2  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

3  DATED: February 25, 2009.

4

5  _____
   UNITED STATES MAGISTRATE JUDGE

6

7  12
   hodg2136.fusmosc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2