IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE ALLEN HODGES,

      Plaintiff,                                        No. 2:08-cv-2136-JFM (PC)

   vs.

JOHN HARRISON, et al.,

      Defendants.                                <u>ORDER</u>

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party who has appeared in the action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). By an order filed January 15, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendant John Harrison. That thirty day period expired and plaintiff did not respond in any way to the court's order. For that reason, by order filed February 26, 2009, plaintiff was ordered to show cause in writing within twenty days why this action should not be dismissed without prejudice for failure to comply with the court's January 15, 2009 order. The twenty day period has expired and plaintiff has not responded in any way to the order to show cause.

/////

1

1 | According, good cause appearing, IT IS HEREBY ORDERED that this action is
2 | dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).
3 | DATED: March 26, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
hodg2136.fusmdm